UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No
Friedrich Lu, Plaintiff
v
David Carrasco, Willard J Boulter III, David J O'Connor, Massachusetts Institute of Technology, and Christopher Samuel, Defendant

## COMPLAINT

(1)   The court has subject matter jurisdiction over this matter under 28 USC § 1331.

(2)   Officer David Carrasco, detective Willard J Boulter III, sergeant/ detective David J O'Connor were and are employees of Massachusetts Institute of Technology.

(3)   On or about Jan 29, 2017 Carrasco, with approval of Boulter and O'Connor arrested Plaintiff Friedrich Lu when he exited MIT's Dewey Library, made false arrest and, on their own initiative and without asking Lu before or after, threw away all of Lu's carry-on property.

(4)   During the booking at City if Cambridge's police Department, CPD print officer Christopher Samuel threw away Lu's property (except ID cards and money) in his pockets of clothing Lu wore, despite Lu's protest. Lu talked to another officer who kindly picked most from trash bin and placed it together with the preserved property.

(4)   Boulter and another MIT officer, Orlando Tirella, arrested Lu for the same reason, for which Lu sued these two and MIT in *Lu* v *MIT*, US Dist Ct (D.Mass.) No 02-cv-11860-RCL.

(5)   Count One: 42 USC § 1983: All defendants violated Lu's rights secured under Fourth (unreasonable seizure of body and property) and Fourteenth Amendments (due process and equal protection) of the federal constitution.

(6)   Count Two: False arrest (all defendants excluding Samuel).

(7)   Count Three: False imprisonment (all defendants excluding Samuel).

(8)     Count Four: theft of property (all defendants excluding Samuel).

(9)     Count Five: Malicious prosecution (all defendants excluding Samuel).

(10)    Lu prays jury trial, court costs and punitive damage.

Plaintiff:        Friedrich Lu, pro se
Date:             December 8, 2020
Email address:    chi2flu@gmail.com
Address:          % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112